| | | |
|---|---|---|
| Republic of California | ) | NOTARY CERTIFICATE |
| | ) | OF DISHONOR AND |
| | ) | NON-RESPONSE |
| | ) SS | |
| | ) | |
| San Diego County | ) | |

Be it known, that a duly empowered Notary Public, in and for the STATE OF CALIFORNIA, SAN DIEGO COUNTY, a third party and not a party to the matter, at the request of Principal/ Secured Party, did present on November 15, 2021, a Rescission Notice via Certified Mail with a Return Receipt to:

**CARVANA LLC**
**1930 W. Rio Salado Pkwy.**
**Tempe, AZ 85281**
**Respondent / LIBELLEE**

The Secured Party sent a Notice requiring Respondent /LIBELLEE to issue a timely rebuttal, within 20 days from receipt, regarding the allegations in Claim No. **70200640000035423459**, and the time limit has elapsed, constituting conditional acceptance by Respondent / LIBELLEE thereof instead of providing a timely response/ rebuttal to the allegations of the Secured Party. An unrebutted Affidavit stands as the judgment in commerce.

Be it known, the Principal/Secured Party, did present on **December 10, 2021** a Demand for Validation of Debt, Cease and Desist Letter, and Bill of Particulars via Certified Mail with a Return Receipt to:

**CARVANA LLC**
**1930 W. Rio Salado Pkwy.**
**Tempe, AZ 85281**
**Respondent / LIBELLEE**

The Secured Party sent a Notice requiring Respondent /LIBELLEE to issue a timely rebuttal, within 10 days from receipt, regarding the allegations in Claim No. **70200640000035423770**, and the time limit has elapsed, constituting conditional acceptance by Respondent / LIBELLEE thereof instead of providing a timely response/ rebuttal to the allegations of the Secured Party.

Be it known, that a duly empowered Notary Public, in and for the STATE OF CALIFORNIA, SAN DIEGO COUNTY, a third party and not a party to the matter, at the request of Principal/ Secured Party,

did present on **February 23, 2022,** a Notice of Fault and Opportunity to Cure Letter via Certified Mail with a Return Receipt to:

<div style="text-align:center">

**ATTN: (CARVANA LEGAL)**
**CARVANA LLC**
**1930 W. Rio Salado Pkwy.**
**Tempe, AZ 85281**
**Respondent / LIBELLEE**

</div>

The Secured Party sent a Notice requiring Respondent /LIBELLEE to issue a timely rebuttal regarding the allegations in Claim No. **702006400000035424432**, and the time limit has elapsed, constituting conditional acceptance by Respondent / LIBELLEE thereof instead of providing a timely response/ rebuttal to the allegations of the Secured Party. Respondent/LIBELLEE failure to respond is interpreted as CARVANA LLC knowingly and willingly violating the Principal/ Secured Party's federally protected rights and consenting to all judgements.

Whereupon, the Notary Public signing below, for the purpose and reason of Dishonor and Non-Response does publicly and solemnly certify the dishonor as against all parties it may concern for liability equivalent to the face value of the instrument and the claim of the debt, and all costs, late fees, damages and interest incurred, or hereafter incurred, by reason of non-performance thereof and **stipulations therein**.

I swear to all information provided in herein, I do so under the penalty and perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

On this date of 3/25/2022 Consumer, Principal, Secured Party, GRIFFIN, agent, d/b/a Jeremy Luke Griffin came before me today present as a flesh and blood living being (non entity/non debtor) under oath to the Most High of creation only and provided the facts listed herein.

<div style="text-align:right">

Without Prejudice
Authorized Representative,

_____
Jeremy-Luke) Griffin, Attorney-in-Fact
on behalf of JEREMY GRIFFIN©, ENS LEGIS

</div>

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this Certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **San Diego** } SS.

Subscribed and sworn to (or affirmed) before me on this **25th** day of **march**, 20**22**, by **Jeremy Luke Griffin**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DAVID E. ESCALANTE
Commission No. 2380631
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires December 12, 2025

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
- [ ] INDIVIDUAL
- [ ] CORPORATE OFFICER _____ TITLE(S)
- [ ] PARTNER(S)
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [ ] OTHER: _____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

_____
DATE OF DOCUMENT

OTHER

RIGHT THUMBPRINT OF SIGNER

Top of thumbprint here





**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carvana LLC
1930 W. Rio Salado Pkwy.
Tempe, AZ 85281

9590 9402 6384 0303 2872 20

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X L. Case
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* L. Case

C. Date of Delivery 3/29/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**USPS TRACKING #**

PHOENIX AZ 852
29 MAR 2022 PM 4 L

9590 9402 6384 0303 2872 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Jeremy Griffin
8644 Camden Dr.
Santee, CA 92071

**Jeremy Griffin**
8644 Camden Dr.
Santee, CA 92071
(619) 322-4808

# INVOICE

# 114

Bill To:
**CARVANA LLC**
1930 W. Rio Salado Pkwy
Tempe, AZ 85281

Date: Dec 10, 2021
Due Date: Dec 24, 2021
**Balance Due:** **$26,921.96**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| 15 U.S. Code § 1635 | 1 | $3,000.00 | $3,000.00 |
| 15 U.S. Code § 1640(a)(2)(A) | 1 | $18,921.96 | $18,921.96 |
| 15 U.S. Code § 1611 | 1 | $5,000.00 | $5,000.00 |

Subtotal: $26,921.96
Tax (0%): $0.00
Total: $26,921.96