Jeremy Griffin
8644 Camden Dr.
Santee, CA 92071


CERTIFIED MAIL
7022 0410 0002 3809 8422

First Class U.S. Mail
Statutory Non-Domestic Fully Pre-Paid
"12 Stat. at Law, Ch. 71, Sec. 23"
Federal Offense to collect additional postage
18 U.S.C. 1726 ["without the United States"]

Attn: Court Clerk
333 West Broadway
San Diego, CA 92101


RECEIVED
JUN 24 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY