AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**
Jun 24 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

Jeremy-Luke: Griffin )
*Plaintiff/Petitioner* )
v. )   Civil Action No.  **'22 CV0939 DMS DEB**
CARVANA LLC )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Persuant to the 14th Amendment of the United States Constitution, Justice is not for sale

My gross pay or wages are: $ _____0.00_____ , and my take-home pay or wages are: $ _____0.00_____ per
*(specify pay period)* _____n/a_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends   ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments   ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments   ☐ Yes   ☒ No
(e) Gifts, or inheritances   ☐ Yes   ☒ No
(f) Any other sources   ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Persuant to the 14th Amendment of the United States Constitution, Justice is not for sale

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Persuant to the 14th Amendment of the United States Constitution, Justice is not for sale

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Persuant to the 14th Amendment of the United States Constitution, Justice is not for sale

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Persuant to the 14th Amendment of the United States Constitution, Justice is not for sale

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Persuant to the 14th Amendment of the United States Constitution, Justice is not for sale

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 6/21/2022

Applicant's signature

Jeremy-Luke: Griffin
*Printed name*